UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    ANDREWS, JAMIE R.

Chapter 7 Case No.    09-46307

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PRINCETON AUTO CENTER<br>112 9TH AVE S CIRCLE<br>PRINCETON, MN 55371 | 16 | $ 3,266.63 | $ 4.64 |
| CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 20 | $ 1,508.92 | $ 2.14 |
| CAPITAL ONE BANK USA, N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 21 | $ 3,410.16 | $ 4.84 |
| ISANTI READY-MIX, INC.<br>28103 HWY 65 NE<br>ISANTI, MN 55040 | 25 | $ 511.20 | $ 0.73 |
| LAKESTATE COURT JUDGMENT RECOVERY<br>PO BOX 433<br>MORA, MN 55051 | 26 | $ 2,407.00 | $ 3.42 |

Date:    03/24/2011

J. Richard Stermer,    Trustee

*[handwritten annotations: "Rcvg Deposition 3/25/11", "# 192835", "RECEIVED 11 MAR 25 AM, U.S. BANKRUPTCY COURT MINNEAPOLIS", "15.77 Total"]*

Printed: 03/24/11 09:46 AM

Page: 1

## Claims Distribution Small Checks

Trustee: J. Richard Stermer (430200)

Case: 09-46307 - ANDREWS, JAMIE R.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920019891187666 | 127 | 03/24/11 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $15.77 |
| | | | 16 | 01/05/10 | 610 | PRINCETON AUTO CENTER | 3,266.63 | 3,266.63 | 4.64 | 4.64 |
| | | | 20 | 01/12/10 | 610 | CAPITAL ONE BANK USA, N.A. | 1,508.92 | 1,508.92 | 2.14 | 2.14 |
| | | | 21 | 01/12/10 | 610 | CAPITAL ONE BANK USA, N.A. | 3,410.16 | 3,410.16 | 4.84 | 4.84 |
| | | | 25 | 02/12/10 | 610 | INSANTI READY-MIX, INC | 511.20 | 511.20 | 0.73 | 0.73 |
| | | | 26 | 02/17/10 | 610 | LAKESTATE COURT JUDGMENT RECOVERY | 2,407.00 | 2,407.00 | 3.42 | 3.42 |

(*) Denotes objection to Amount Filed